DOCKET No. 25 CR 143    DEFENDANT James C. Pavlounis

AUSA Margery Feinzig    DEF.'S COUNSEL Jane White
☐ RETAINED  ☑ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 4/4/25    ☑ VOL. SURR.
TIME OF ARREST 9:00am    ☐ ON WRIT
☐ Other: _____    TIME OF PRESENTMENT 2:00pm

---

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendant was advised of his rights and the charges against him. Public reading of the complaint waived. Financial affidavit approved. Jane White was appointed to represent the defendant. Defendant arraigned and pleaded not guilty. Case wheeled out to Judge Halpern. Time excluded until April 18, 2025. Defendant released on agreed-upon conditions of bail. See appearance bond. Indictment unsealed.
(Courtflow: 15 minutes initial appearance, 10 min arraignment)

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 4/18/25

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☑ ON DEFENDANT'S CONSENT

DATE: 4/4/25

Judith C. McCarthy
**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**